UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 09-1018 |
| MARLENE MORTEN, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that [9] the motion of the United States to dismiss Ms. Morten's counterclaims against it is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that Ms. Morten's counterclaim alleging that the United States is liable for the breach of contracts between the District of Columbia and Unfoldment, Inc. is DISMISSED; it is

FURTHER ORDERED that [13] Ms. Morten's motion to enjoin the United States from proceeding with this collection action is DENIED; it is

FURTHER ORDERED that [12] Unfoldment, Inc.'s motion to intervene as a third-party plaintiff is DENIED; and it is

FURTHER ORDERED that on or before August 20, 2010, Ms. Morten will amend her pleadings to reflect her filing of an administrative claim for a refund of tax penalties from the IRS and her understanding of the status of that claim.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 4, 2010